# Exhibit D




LinkedIn · Joseph Dernbach
260+ followers

### Joseph Dernbach - Trial Attorney

Washington, District of Columbia, United States · Assistant Chief Counsel · U.S. Department of Homeland Security
I am **an experienced trial attorney** who has obtained the ACS Forensic Lawyer-Scientist Designation as recognized by the Chemistry and Law Division of the ...


The Florida Bar
https://www.floridabar.org › find-mbr › profile

### Joseph Michael Dernbach

D.H.S 500 12th St SW Stop 5906. Washington, DC 20536. Office: 703-235-2700. Email: **joseph**.m.**dernbach**@ice.dhs.gov. Personal Bar URL:.


forensicchromatography.com
https://forensicchromatography.com › acs-chal-forensic...

### ACS-CHAL Forensic Lawyer-Scientist Joseph Dernbach from ...

Joseph Dernbach is **an Assistant Public Defender in Fort Myers, Florida**. He has been working for Kathleen A. Smith, the Public Defender for the 20th Judicial ...


The Washington Post
https://www.washingtonpost.com › ... › Investigations

### Homeland Security makes misleading case in high-stakes ...

Oct 30, 2025 — **The lead attorney for Homeland Security, Joseph Dernbach**, seized on that testimony, suggesting it was wrong. He pressed H about why he had ...


Department of Justice (.gov)
https://www.justice.gov › usao-dc › woman-who-tried-i...

### Woman Who Tried to Impede Transfer of Alleged Gang ...

Jul 25, 2025 — It is being prosecuted by **Special Assistant U.S. Attorney Joseph Dernbach** of the U.S. Attorney's Office for the District of Columbia.


Reddit · r/immigration
20+ comments · 1 month ago

### ICE is now indefinitely holding a father of two who hasn't ...

The judge questioned **DHS attorney Joseph Dernbach** about the timing of the filing. She noted that the memo's date suggests Homeland Security ...


Avvo.com
https://www.avvo.com › ... › Upper Marlboro › Appeals

### Joseph Dernbach - Lawyer in Upper Marlboro, MD

Find **Florida attorney Joseph Dernbach** in their Upper Marlboro office. Practices Appeals. Find reviews, educational history and legal experience.

## Images

JOSEPH DERNBACH Obituary...
Legacy

Reposting from the Almond B...
Facebook

JOSEPH DERNBACH Obituary...
Legacy

Obituary information for Mary...
 Rouse Mortuary Service A...

Eugene Dernbach Obituary (2...
Legacy

John C. Dernbach | EMERITU...
 Widener Law Commonwe...

Show more images

 National Institutes of Health (.gov)
https://pubmed.ncbi.nlm.nih.gov › ...

### Managing Mental Health Crisis Calls Received by a US ...

by MR Dernbach · 2025 — The Georgia Poison Center developed a protocol for managing mental health crisis cases via iterative feedback with Georgia 911-related ...

Rouse Mortuary Service
https://www.rousemortuary.com › obituaries › Mary-Joe-...

## Obituary information for Mary Joe Dernbach

Jul 24, 2024 — Mary Joe Dernbach (Owens), 66, of Chowan County NC, formerly from Suffolk, VA, **passed away on July 24, 2024**.

1  2  3  4  5  6  7  8  9  10    Next

Results are not personalized

**Lower Manhattan, New York, NY** - From your IP address - Update location

Help   Send feedback   Privacy   Terms