# Exhibit A



**Outlook**

## H

**From** ███ <███@gmail.com>
**Date** Thu 10/30/2025 10:34 AM
**To** joseph.m.dernbach@ice.dhs.gov <joseph.m.dernbach@ice.dhs.gov>

Mr. Dernbach, don't play Russian roulette with H's life. Err on the side of caution. There's a reason the US government along with many other governments don't recognise the Taliban. Apply principles of common sense and decency.

███