# Exhibit B

 Gmail  ███ <███@gmail.com>

# [Time Sensitive] Notification from Google
1 message

requestrecords-noreply@google.com <requestrecords-noreply@google.com>  Thu, Oct 30, 2025 at 3:45 PM
To: ███@gmail.com



Dear ███@gmail.com,

Google has received legal process from a Law Enforcement authority compelling the release of information related to your Google Account.

**Request information**

| | |
|---|---|
| Legal request type | Subpoena |
| Jurisdiction | Eastern District of Virginia (Federal) |
| Agency | Department of Homeland Security |
| Reference number | DC05PR26DC0005;HSI-DC-2026-007280-001 |
| Date of issuance | October 29, 2025 |

To view more information about this release, please use the following link:
https://requestrecords.google.com/user_notice?encodedVerifiedWebToken=Af-OCI7Puim1Nf0cmsfakfQ9norLo2xLIY1YSHTwrYgHeHTANNKDXUcc_zHUFk7FIV32X6TB1XoSU1Z4Lo_MWqx2vL3NIn4b9U8rReoelcrtuCW5ZbxuG278zR2zQiwA4O7UVJf_ZtdspKJmm9xQlUea5EWrV2lfna7jTcnblQ==

For a copy of the legal demand, please contact the issuing authority using the information provided above.

Regards,
Google Legal Investigations Support