# Exhibit C

**Google Request Records**



# User notice for release of information

This page is associated with an email notification from Google. Google has received a compulsory legal demand from a Law Enforcement authority which obligates Google to provide certain information related to the account that received that email.

**No action is required from you.** However, you may wish to challenge the legal demand in court by filing a motion to quash it. If you choose to do so, we must promptly receive a copy of your filed motion to quash, which must be file-stamped by a court of competent jurisdiction. Otherwise, Google will, to the extent required by law, provide the information required by the legal demand. See the Electronic Communications Privacy Act, 18 U.S.C. § 2701 et seq.

For more information about how Google handles compulsory legal demands, you may wish to review the Frequently Asked Questions section of our transparency report or our Terms of Service.

Google is not in a position to provide you with legal advice or discuss the substance of the legal demand. For more information, including a copy of the legal demand, please contact the issuing authority using the information provided. If you have other questions regarding this matter, we encourage you to contact an attorney.

You or your legal representation may return to this page at any time over the next 7 days to upload a motion to quash or request a copy of the legal process. You must use the exact URL linked in the email when you do. **After 7 days, this page will no longer be accessible.**



### View transparency report

A variety of laws allow government agencies around the world to request user information for civil, administrative, criminal, and national security purposes. In our transparency report, we share information about the number and type of requests we receive from government agencies where permitted by applicable laws.



### Upload documentation

Upload a letter of representation or a motion to quash file-stamped by a court of competent jurisdiction