# Exhibit D

 Outlook

---

**Re: [Time Sensitive] Notification from Google**

---

**From** usernotice@google.com <usernotice@google.com>

**Date** Mon 11/24/2025 2:22 PM

**To**  ▇▇▇@gmail.com <▇▇▇@gmail.com>

Dear ▇▇▇@gmail.com,

Google has received, but has not yet responded to, legal process issued by the Department of Homeland Security compelling the release of information related to your Google account. The agency reference number or case number on the legal process is DC05PR26DC0005; HSI-DC-2026-007280-001.

For more information about how Google handles legal process, view our transparency report at http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

Google is not in a position to provide you with legal advice or discuss the substance of the legal process. A copy of the legal process will be provided upon request. If you have other questions regarding this matter, we encourage you to contact an attorney.

Reply directly to this email in any further communications regarding this matter. Any communications not sent as a direct reply to this email must contain the subject line "Attention Google Legal Investigations Support," reference the case identification number, and be sent to usernotice@google.com in order to ensure the appropriate routing and processing.

Regards,

Google Legal Investigations Support

On Fri, Nov 21, 2025 at 23:39 UTC usernotice@google.com wrote:



Hello,

Google has received legal process from the Department of Homeland Security compelling the release of information related to your account. Attached is a copy of the legal process.

For more information about Google's user notification process and the different data types that Google may be required to disclose, view our transparency report at

http://www.google.com/transparencyreport/userdatarequests/legalprocess/#i_received_an_email.

Google is not in a position to provide you with legal advice or discuss the substance of the legal process. For more information regarding this case, including a copy of any production, please contact the agency that issued the legal process.

Regards,
Legal Investigations Support

Google LLCOn Fri, Nov 21, 2025 at 21:11 UTC ███████@gmail.com wrote:
**Attention Google Legal Investigations Support    REFERENCE NUMBER  DC05PR26DC0005;HSI-DC-2026-007280-001**

As you have a copy of the subpoena issued by Department of Homeland Security concerning their request for the release of my Google account records. I request you immediately attach it so I can review its contents. I note that you provided insufficient information to allow me to obtain it directly and thereby protect my rights.

On Thu, Oct 30, 2025 at 3:45 PM <requestrecords-noreply@google.com> wrote:



Dear ███████@gmail.com,

Google has received legal process from a Law Enforcement authority compelling the release of information related to your Google Account.

**Request information**

| | |
|---|---|
| Legal request type | **Subpoena** |
| Jurisdiction | **Eastern District of Virginia (Federal)** |
| Agency | **Department of Homeland Security** |
| Reference number | **DC05PR26DC0005;HSI-DC-2026-007280-001** |
| Date of issuance | **October 29, 2025** |