# Exhibit E

| 1. To (Name, Address, City, State, Zip Code)<br>Google - LERS<br>Legal Department<br>Custodian of Records<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-DC-2026-007280-001

**2. In Reference To**

_____                    _____
(Title of Proceeding)                                                (File Number, if Applicable)

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | (B) Date and Time |
|---|---|---|
| Name<br>Title<br>Address | Telephone | 11/13/2025 8:00 AM |

**4. Records required to be produced for inspection**

Please see attached continuation page.

**5. Authorized Official**

_____
(Signature)

_____
(Printed Name)

Assistant Special Agent in Charge
_____
(Title)

10/30/2025 2:37 PM EST
_____
(Date)

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block 3.



| 1. | To (Name, Address, City, State, Zip Code) <br> Google - LERS <br> Legal Department <br> Custodian of Records <br> 1600 Amphitheatre Parkway <br> Mountain View, California 94043 | DEPARTMENT OF HOMELAND SECURITY <br><br> **IMMIGRATION ENFORCEMENT** <br> **SUBPOENA (Continuation)** <br><br> To Appear and/or Produce Records <br> 8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|---|

Summons Number: HSI-DC-2026-007280-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Please provide the records requested below for the following email address: ▮▮▮▮@gmail.com from 09/01/2025 to the present.

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business, addresses, e-mail addresses, alternate email addresses, and/or other, electronic communication method addresses);

3. Records of all available session times, dates, and duration, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

4. Length of service (including start date) and types of services utilized;

5. Telephone, modem, or other instrument number(s) (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities "IMEI")

6. Any subscriber number or identity, including, but not limited to:
a. registration Internet Protocol ("IP") addresses;
b. all temporarily assigned network IP addresses;
c. dates of birth;
d. social security numbers;
e. drivers' license numbers;
f. any other user identification numbers;
g. alternate user names, screen names, and email accounts;

7. Means and source of payment (including any credit card or bank account numbers)

Please provide all responsive records in electronic format, preferably native format.

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Criminal Analyst Gina Nardi  Gina.Nardi@ice.dhs.gov


U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 3 of 4

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

[REDACTED]

You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.

**END OF DOCUMENT**



U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 4 of 4