# Exhibit F

 **Outlook**

## Fwd: [Time Sensitive] Notification from Google

From ▮▮▮ <▮▮▮@gmail.com>
Date Thu 11/27/2025 11:20 AM
To ▮▮▮@hotmail com <▮▮▮@hotmail.com>

---------- Forwarded message ---------
From: ▮▮▮ <▮▮▮@gmail.com>
Date: Thu, Nov 27, 2025 at 11:19 AM
Subject: Fwd: [Time Sensitive] Notification from Google
To: <usernotice@google.com>
Cc: ▮▮▮ <▮▮▮@gmail.com>

**Attention Google Legal Investigations Support    REFERENCE NUMBER DC05PR26DC0005;HSI-DC-2026-007280-001**

To Google Legal Investigations Support:

I am relieved to receive your assurance that you have **NOT** disclosed my account information to the Department of Homeland Security. I ask that you not do so without a court order sanctioning the disclure. I see that the records information that is the subject of the subpoena, is extremely broad and on that ground alone is defensible.

I am not someone with sufficient financial means to enable retaining a lawyer to submit a motion to quash. I am currently fundraising to see if I can gather sufficient resources to be able to do that. In the meantime I am requesting that you please provide me with advance notice prior to any imminent release by Google including any court order to that effect.

Please acknowledge receipt of this email.

Sincerely,

Your User
▮▮▮

---------- Forwarded message ---------
From: <usernotice@google.com>
Date: Mon, Nov 24, 2025 at 2:22 PM
Subject: Re: [Time Sensitive] Notification from Google
To: <▮▮▮@gmail.com>

Dear ▮▮▮@gmail.com,