Jennifer Stisa Granick (SBN 168423)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Seventh Floor
San Francisco, CA 94110
Telephone: (415) 343-0758
jgranick@aclu.org

Nathan Freed Wessler (*pro hac vice* to be filed)
Scarlet Kim (*pro hac vice* to be filed)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
nwessler@aclu.org
scarletk@aclu.org

Stephen A. Loney, Jr. (*pro hac vice* to be filed)
Ari Shapell (*pro hac vice* to be filed)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
sloney@aclupa.org
ashapell@aclupa.org

Jacob Snow (SBN 270988)
Nicolas Hidalgo (SBN 339177)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jsnow@aclunc.org
nhidalgo@aclunc.org

*Attorneys for Movant Jon Doe*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In the Matter of Subpoena Number HSI-DC-2026-007280-001:*<br><br>JON DOE,<br><br>            Movant,<br><br>            v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>            Respondent. | Misc. Case No.:<br><br>**[PROPOSED] ORDER RE: DOE'S MOTION TO QUASH ADMINISTRATIVE SUBPOENA**<br><br>Date: To be set by the Court<br>Time: To be set by the Court<br>Courtroom: To be set by the Court |

# [PROPOSED] ORDER

Movant Jon Doe filed a Motion to quash the administrative "Immigration Enforcement" subpoena issued to Google LLC, dated October 30, 2025, by the Department of Homeland Security. The subpoena demands the names, addresses, length of service and types of services utilized, and other private information associated with Doe's email address.

Upon careful consideration of the arguments presented, and all briefing and evidence submitted, the Court finds good cause to GRANT Movant Jon Doe's Motion to Quash Administrative Subpoena.

IT IS HEREBY ORDERED that the administrative subpoena numbered HSI-DC-2026-007280-001 issued to Google LLC. by the Department of Homeland Security on October 30, 2025, is hereby QUASHED with respect to the referenced Google account. The administrative subpoena numbered HSI-DC-2026-007280-001 shall have no further legal force or effect.

Dated:_____

_____
United States District Court Judge

| | |
|---|---|
| 1 | Jennifer Stisa Granick (SBN 168423)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 2 | 425 California Street, Seventh Floor<br>San Francisco, CA 94110 |
| 3 | Telephone: (415) 343-0758<br>jgranick@aclu.org |
| 4 | |
| 5 | Nathan Freed Wessler (*pro hac vice* to be filed)<br>Scarlet Kim (*pro hac vice* to be filed) |
| 6 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor |
| 7 | New York, NY 10004<br>Telephone: (212) 549-2500 |
| 8 | nwessler@aclu.org<br>scarletk@aclu.org |
| 9 | Stephen A. Loney, Jr. (*pro hac vice* to be filed) |
| 10 | Ari Shapell (*pro hac vice* to be filed)<br>AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA |
| 11 | P.O. Box 60173<br>Philadelphia, PA 19102 |
| 12 | Telephone: (215) 592-1513<br>sloney@aclupa.org |
| 13 | ashapell@aclupa.org |
| 14 | Jacob Snow (SBN 270988)<br>Nicolas Hidalgo (SBN 339177) |
| 15 | AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA, INC. |
| 16 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 17 | Telephone: (415) 621-2493<br>jsnow@aclunc.org |
| 18 | nhidalgo@aclunc.org |
| 19 | *Attorneys for Movant Jon Doe* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In the Matter of Subpoena Number HSI-DC-2026-007280-001:*<br><br>JON DOE,<br><br>Movant,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondent. | Misc. Case No.:<br><br>**[SECOND] [PROPOSED] ORDER RE: DOE'S MOTION TO QUASH ADMINISTRATIVE SUBPOENA** |

Movant Jon Doe moves to quash the Subpoena issued to Google LLC, on October 30, 2025, by the Department of Homeland Security, designated as Subpoena Number HSI-DC-2026-007280-001. Pending resolution of this matter, the Court **ORDERS** Google not to produce the information without further order of the Court.

Dated:_____

_____
United States District Court Judge