# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

NATHAN FREED WESSLER, Bar # NW1982

was duly admitted to practice in the Court on

November 08, 2011

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On January 6, 2026

Tammi M. Hellwig
Clerk of Court

By s/B. Cong
Deputy Clerk