# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

SCARLET KIM, Bar # SK2011

was duly admitted to practice in the Court on

April 05, 2016

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On August 12, 2025

Tammi M. Hellwig
Clerk of Court

By s/B. Cong
Deputy Clerk