Jennifer Stisa Granick (SBN 168423)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Seventh Floor
San Francisco, CA 94110
Telephone: (415) 343-0758
jgranick@aclu.org

Nathan Freed Wessler (appearance *pro hac vice*)
Scarlet Kim (appearance *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
nwessler@aclu.org
scarletk@aclu.org

Stephen A. Loney, Jr. (*pro hac vice* to be filed)
Ari Shapell (*pro hac vice* to be filed)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
sloney@aclupa.org
ashapell@aclupa.org

Jacob Snow (SBN 270988)
Nicolas Hidalgo (SBN 339177)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jsnow@aclunc.org
nhidalgo@aclunc.org

*Attorneys for Movant Jon Doe*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Subpoena Number HSI-DC-2026-007280-001:*<br><br>JON DOE,<br><br>          Movant,<br><br>     v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>          Respondent. | Case No.: 5:26-mc-80026-SVK<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Sophie Feng, am over the age of 18, employed in New York, New York, and not a party to this action. My business address is 125 Broad Street, 18th Floor, New York, New York 10004.

I further declare that I served:

1. **Jon Doe's Notice of Motion and Motion to Quash Administrative Subpoena; Memorandum of Points and Authorities**

2. **Declaration of Jennifer Stisa Granick in Support of Motion to Quash Administrative Subpoena**

3. **Exhibit A to Declaration of Jennifer Stisa Granick**

4. **Exhibit B to Declaration of Jennifer Stisa Granick**

5. **Exhibit C to Declaration of Jennifer Stisa Granick**

6. **Exhibit D to Declaration of Jennifer Stisa Granick**

7. **Exhibit E to Declaration of Jennifer Stisa Granick**

8. **Declaration of Movant Jon Doe in Support of Motion to Quash Administrative Subpoena**

9. **Exhibit A to Declaration of Jon Doe**

10. **Exhibit B to Declaration of Jon Doe**

11. **Exhibit C to Declaration of Jon Doe**

12. **Exhibit D to Declaration of Jon Doe**

13. **Exhibit E to Declaration of Jon Doe**

14. **Exhibit F to Declaration of Jon Doe**

15. **Proposed Order and Second Proposed Order**

by United States Certified Mail on February 3, 2026 to:

Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

I further declare that I served the fifteen listed documents by United States Certified Mail on February 4, 2026 to:

U.S. Department of Homeland Security
Attn: Service of Process
2707 Martin Luther King Jr Ave SE
Washington, DC 20528

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

According to tracking information accessible via the U.S. Postal Service website, the listed documents were delivered to the U.S. Department of Homeland Security on February 6, 2026, and to the U.S. Attorney General and the Civil Process Clerk of the U.S. Attorney's Office for the Northern District of California on February 9, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2026 in New York, New York.

Sophie Feng
_____
Sophie Feng