# Exhibit A

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮ |
| **To:** | uslawenforcement@google.com |
| **Cc:** | AGarza@perkinscoie.com |
| **Subject:** | Case Closure / Subpoena Retracted / (Google Ref. Number 113462505) / 02052026 |
| **Date:** | Thursday, February 5, 2026 10:28:00 AM |

Good Morning – HSI would like the subpoena for this case retracted. The HSI case on this matter has been closed.

R/

▮▮▮▮▮▮

Homeland Security Investigations
U.S. Department of Homeland Security

▮▮▮▮▮▮

WARNING: This email and any attachments are UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this email should be furnished to the media, either in written or verbal form. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.